IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 1:23-cv-02616-SKC

ERIC O. HARMS,

    Plaintiff,

v.

DAVID LILLIE;
VIVID INDEPENDENT PUBLISHING LLC; and
VEGASNAP, LLC d.b.a. FIBERHUB;

    Defendants.

## RESPONSE TO ORDER TO SHOW CAUSE

### Hon. U.S. District Judge S. Kato Crews

    On October 10, 2023, Plaintiff Eric O. Harms, through his attorney Jacob Mateo Baker, filed a civil complaint with this Court. The Court returned a Notice of Noncompliance with Court Procedures/Rules. Within hours on that same day, Plaintiff, through his attorney, filed a Supplement/Amendment to address the issues brought by the Court and bring the initial filing into full compliance.

    On January 26, 2024, the Court sent an Order to Show Cause to Plaintiff for failure to adhere to Fed. R. Civ. P. 4(m). This Response to Order to Show Cause is written with deep apologies to the Court.

This case began in the Copyright Claims Board ("CCB"), established by the Copyright Alternative in Small-Claims Enforcement ("CASE") Act of 2020, "a tribunal located in the Copyright Office and available as a voluntary alternative to federal court." *About the Copyright Claims Board*, https://ccb.gov/about/ (last visited February 2, 2024). The Plaintiff's decision to originate this case in the CCB was made with the intention of resolving a civil dispute between parties located in diverse jurisdictions while minimizing the burden on the Federal Courts. Despite a vigorous effort to meet every requirement of the CCB, Defendant David Lillie opted out of the claim. This was unexpected and disappointing, but Plaintiff was determined to move forward with his complaint, necessitating the filing of this case to Federal Court.

Unfortunately, there was confusion regarding the different procedures between the CCB and the Federal courts. Under the CCB's rules, Plaintiff was required to write a clear and detailed Complaint and then wait for confirmation that Plaintiff had been granted permission to send process to the Defendant. Once that response was received, Plaintiff swiftly hired a process server and had papers hand-delivered to the Defendant as required.

It was because of this prior experience with the CCB's rules that Plaintiff's representation was under the mistaken belief that a summons could not be written or presented without explicit permission from this Court. The swift response to the Court's Notice of Noncompliance with Court Procedures/Rules should suggest the

genuine enthusiasm Plaintiff and Plaintiff's representation have for pursuing this matter. That enthusiasm has not wavered, and Plaintiff's representation assures that all future documents to continue this case will be filed without hesitation should this Court allow it to continue.

It is with enormous regret and sincere apology to this Court that Plaintiff's representation failed to meet the Court's procedural requirements. While Plaintiff understands this Court's right to dismiss this case, if this Court chooses to allow it to continue, Plaintiff's representation gives every assurance that any deadline set by this Court will be met without delay.

Dated: February 2, 2024                    Respectfully submitted,

                                           _/s/ Eric O. Harms_____
                                           ERIC O. HARMS, Plaintiff


                                    By:    _/s/ Jacob Mateo Baker_____
                                           Jacob Mateo Baker
                                           Iowa #AT0015018
                                           10050 Palma Linda Way Apt 201
                                           Orlando, FL. 32836
                                           (707) 327-6984
                                           law@jmateobaker.com

## CERTIFICATE OF SERVICE

I, Jacob Mateo Baker, hereby certify that on February 2, 2024, I sent a copy of the **RESPONSE TO ORDER TO SHOW CAUSE** to the following parties in the way described below each party's name:

- United States District Court District of Colorado
  Hon. U.S. District Judge S. Kato Crews
  Electronic CM/ECF

- Eric O. Harms, Plaintiff
  Direct email

Dated: February 2, 2024

By:   _s/ Jacob Mateo Baker_____
Jacob Mateo Baker
Iowa #AT0015018
10050 Palma Linda Way Apt 201
Orlando, FL. 32836
(707) 327-6984
law@jmateobaker.com