AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Colorado

| | | |
|---|---|---|
| ERIC O. HARMS | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  1:23-cv-02616-SKC |
| DAVID LILLIE;<br>VIVID INDEPENDENT PUBLISHING LLC; and<br>VEGASNAP, LLC d.b.a. FIBERHUB; | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  David Lillie
    445 Lavender Street
    Monroe, Michigan 48162

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Jacob Mateo Baker
        10050 Palma Linda Way, Apt 201
        Orlando, Flordia 32836

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____02/27/2024_____          _____s/ J. Torres_____

                                                  *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Colorado

| | |
|---|---|
| ERIC O. HARMS <br><br> *Plaintiff(s)* <br><br> v. <br><br> DAVID LILLIE; <br> VIVID INDEPENDENT PUBLISHING LLC; and <br> VEGASNAP, LLC d.b.a. FIBERHUB; <br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )     Civil Action No.   1:23-cv-02616-SKC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Vivid Independent Publishing, LLC
c/o David Lillie
445 Lavender Street
Monroe, Michigan 48162

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jacob Mateo Baker
10050 Palma Linda Way, Apt 201
Orlando, Flordia 32836

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   02/27/2024

s/ J. Torres

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Colorado

| | | |
|---|---|---|
| ERIC O. HARMS | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  1:23-cv-02616-SKC |
| DAVID LILLIE; | ) | |
| VIVID INDEPENDENT PUBLISHING LLC; and | ) | |
| VEGASNAP, LLC d.b.a. FIBERHUB; | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  VEGASNAP, LLC d.b.a FIBERHUB
1110 PALMS AIRPORT DRIVE, SUITE 110
LAS VEGAS, NV, 89119

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jacob Mateo Baker
10050 Palma Linda Way, Apt 201
Orlando, Flordia 32836

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:      02/27/2024                                                                s/ J. Torres

*Signature of Clerk or Deputy Clerk*