AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23-cv-10498-ADB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Vivid Independent Publishing, LLC
was received by me on *(date)* 3/04/2024.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* David Lillie, Resident Agent, who is designated by law to accept service of process on behalf of *(name of organization)* Vivid Independent Publishing, LLC at 445 Lavender St., Monroe, Michigan on *(date)* 3/06/2024 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 3/06/2024

*Server's signature*

Paul Perovich, Process Server
*Printed name and title*

574 Superior Blvd., Wyandotte, MI 48192
*Server's address*

Additional information regarding attempted service, etc: