# PROOF OF SERVICE

Job # 27802

### Client Info:

Eric Harms
1126 James Canyon Dr.
Boulder, CO  80302

### Case Info:

**Plaintiff:**
ERIC O. HARMS
 -versus-
**Defendant:**
DAVID LILLIE; VIVID INDEPENDENT PUBLISHING LLC; and VEGASNAP, LLC d.b.a. FIBERHUB;

United States District Court for the District of Colorado
County of Denver, Colorado

Issuance Date: 3/5/2024 Court Case # **1:23-cv-02616-SKC**

### Service Info:

**Date Received: 3/5/2024** at **08:55 AM**
**Service:** I Served **VEGASNAP, LLC d.b.a FIBERHUB**
With: **SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET**
by leaving with **Don read, Coo**

**At Business 1110 PALMS AIRPORT DRIVE, SUITE 110 LAS VEGAS, NV 89119**
Latitude: **36.065826**,   Longitude: **-115.138750**

On **3/8/2024** at **12:05 PM**
**Manner of Service: BUSINESS**
**SERVICE:** was performed by delivering a true copy of this **SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET** to: **Don Read** , **COO** at the address of: **1110 PALMS AIRPORT DRIVE, SUITE 110 Las Vegas, NV 89119** with an agent lawfully designated by statue to accept service of process, pursuant to NRS 14.020, a person of suitable age and discretion at the address, which address is the address of the resident agent as shown on the current certificate of designation filed with the Secretary of State or entities usual place of business.

### Served Description:  (Approx)

Age: **65**, Sex: **Male**, Race: **White-Caucasian**, Height: **5' 11"**, Weight: **240**, Hair: **NA** Glasses:  **No**

I **Andraya V. Rojas** acknowledge that I am authorized to serve process, in good standing in the jurisdiction wherein this process was served and I have no interest in the above action. I declare under penalty of perjury that the foregoing is true and correct.

Signature of Server: _(signed)_   March 8, 2024
**Andraya V. Rojas**
Lic # **R-2020-02969**
**LV Process and Investigations, LLC**
License #2039
7181 N. Hualapai Way Suite 130-9
Las Vegas, NV 89166
Phone: (702) 592-3283

Our Job # **27802**




1 of 1