IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:23-cv-02616-SKC

ERIC O. HARMS,

    Plaintiff,

v.

DAVID LILLIE;
VIVID INDEPENDENT PUBLISHING LLC; and
VEGASNAP, LLC d.b.a FIBERHUB;

    Defendants.

## DEFENDANT VEGASNAP LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendant Vegasnap, LLC, d.b.a. Fiberhub ("Fiberhub"), through its' attorneys, J.A. LLC, respectfully moves for an extension of time to respond to Plaintiff's Complaint (Dkt. 2). Fiberhub seeks a fourteen (14) day extension of time to respond to the complaint.

Fiberhub has recently acquired local counsel, and postponing the response would not prejudice any of the parties in this case or inconvenience the court because Fiberhub asks for a minimal extension to respond to the complaint and Plaintiff Harms does not oppose the motion.

2

For the foregoing reasons, Fiberhub requests that the Court grant the motion and enter a fourteen (14) day order of extension of time to respond to the complaint.

| | |
|---|---|
| Dated: April 1, 2024<br>Broomfield, Colorado | Respectfully submitted,<br>By**:** __s/ John Arsenault_____<br>John Arsenault, Esq.<br>Galen Peterson, Esq.<br>J.A. LLC<br>10901 W 120th Avenue Suite 120<br>Broomfield, CO 80021<br>Phone: (303) 459-7898<br>Email:<br>John.Arsenault@frontrangelegalservices.com<br>Galen.Peterson@frontrangelegalservices.com<br>*Attorneys for Defendant VEGASNAP, LLC.*<br>*d.b.a Fiberhub* |

## CERTIFICATE OF CONFERENCE

Pursuant to D.C.COLO.LCivR 7.1(a) I hereby certify that on March (30), 2024 , I, counsel for the moving party, conferred with opposing counsel in a good faith effort to resolve the issues raised by this motion. Opposing counsel did not oppose the proposed fourteen (14) day continuance.

    s/ John Arsenault
John Arsenault

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2024, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF and will be served on all counsel of record.

    s/ John Arsenault
John Arsenault

3