# IN UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:23-cv-02616-SKC

Judge S. Kato Crews

ERIC O. HARMS,

    Plaintiffs,                              Magistrate Kathryn A. Starnella

v.

DAVID LILLIE;

VIVID INDEPENDENT PUBLISHING LLC; and

VEGASNAP, LLC d.b.a FIBERHUB;

    Defendants.

---

## [PROPOSED ORDER] GRANTING EXTENSION OF TIME
## TO RESPOND TO COMPLAINT

---

    Having considered Defendant Vegasnap, LLC's Unopposed Motion for Extension of Time to Respond to Complaint ("Motion"), the Court finds the Motion well-taken and hereby GRANTS the Motion.

    **IT IS SO ORDERED.**

**SIGNED** and **ENTERED** this____day of_____, 2024.


_____

JUDGE S. KATO CREWS